# EXHIBIT A



www.toyota.com

# COROLLA
## 2 0 1 6



**TOYOTA**

WARRANTY &
MAINTENANCE GUIDE

Printed in U.S.A. 12/15
15-TCS-08659

0050516WMGCOR2

**TOYOTA**



If your name or address has changed or you purchased your Toyota as a used vehicle, please complete and mail the attached card, even if your warranty coverage has expired. This will enable Toyota to contact you with important product or safety updates concerning your vehicle. If the card is no longer attached, please call the Toyota Customer Experience Center at (800) 331-4331.

## OWNER INFORMATION CHANGE FORM

Check one:
☐ Same owner, name and/or address has changed
☐ Same owner, additional driver who should receive product/safety updates
☐ New owner, purchased vehicle used

Vehicle Identification Number (required to process change)

Effective date of this information
Mo. / Day / Year

☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Miss  ☐ Dr.

First name

M.I.

Last name

Company name

☐ Check here if address below is for company

Street address or P.O. Box

Apt. or suite number

City

State

Zip code

E-mail address

Primary phone number
— —

Alternate phone number
— —

This information is obtained solely for the use of Toyota Motor Sales, U.S.A., Inc.
Toyota occasionally sends special promotional offers to registered owners. Check here if you prefer not to receive these offers. ☐

EW

**TOYOTA**




NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL

FIRST-CLASS MAIL   PERMIT NO. 449   TORRANCE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

CUSTOMER LOYALTY WC13
TOYOTA MOTOR SALES USA INC
PO BOX 2991
TORRANCE CA 90509-9809





MIX
Paper from
responsible sources
FSC® C102835
FSC
www.fsc.org

# Welcome to the Toyota Family

**T**hank you for purchasing a Toyota vehicle. We know you have many options when considering which vehicle to buy, and we appreciate your decision to select Toyota.

We want you to enjoy owning your Toyota as much as you enjoy driving it. This booklet is designed to help. Here you'll find information on Toyota's warranty coverage and maintenance recommendations for your vehicle. There are two easy-to-follow sections: one for warranty and one for maintenance. The tab on the side of each page identifies the section you are in.

For more information about our vehicles, our company or the products and services available for your vehicle, please visit Toyota's official Web site, **www.toyota.com.**

We wish you many miles of safe and pleasurable driving, and we look forward to serving you in the years ahead. Welcome to the Toyota family!



## WARRANTY INFORMATION

### Introduction

Satisfaction Down the Road ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **4**

If You Need Assistance ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **5**

The Immobilizer Key ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **7**

Transportation Assistance ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **9**

### Your Warranties in Detail

General Warranty Provisions ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **10**

New Vehicle Limited Warranty ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **13**

Federal Emission Control Warranty ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **17**

California Emission Control Warranty ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **23**

Tire Limited Warranty ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **29**

### Your Responsibilities

Operation and Maintenance ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **30**

Obtaining Warranty Service ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **32**

## MAINTENANCE INFORMATION

### Introduction

The Importance of Scheduled Maintenance _____ **34**

Maintaining Your Warranty _____ **35**

### Maintenance Log

Using the Maintenance Log Charts _____ **36**

Maintenance Log _____ **38**

Explanation of Maintenance Items _____ **54**

Vehicle Identification _____ **58**

---

#### Find It Online

You can also find scheduled maintenance information for your vehicle at
**toyota.com/owners.** Toyota Owners has all the information you need for your
new vehicle in one place!

- View Owner's Manuals online
- Track your service history
- Watch and learn with how-to-videos
- Take advantage of service offer specials



---

**3**

# Satisfaction Down the Road

At Toyota, our top priority is always our customers. We know your Toyota is an important part of your life and something you depend on every day. That's why we're dedicated to building products of the highest quality and reliability.

Our excellent warranty coverage is evidence that we stand behind the quality of our vehicles. We're confident — as you should be — that your Toyota will provide you with many years of enjoyable driving.

To further demonstrate our commitment to our customers' satisfaction, occasionally we may establish a special policy adjustment to pay for specific repairs that are no longer covered by warranty. When we establish such a policy adjustment, we mail details to all applicable owners we have on record. That's why it's important to send in the card at the back of this booklet if you change your address or if you've purchased this vehicle from a previous owner.

To provide you with added protection against unexpected service costs, we offer Toyota Financial Services vehicle service agreements and Toyota Auto Care and Toyota Care Plus pre-paid maintenance programs. Each offers plans to meet a wide variety of needs. Your dealership can help you select the plan that's best for you.

Our goal is for every Toyota customer to enjoy outstanding quality, dependability and peace of mind throughout their ownership experience. We want you to be a satisfied member of the Toyota family for many miles to come.

> This booklet describes the terms of Toyota warranty coverage as well as general owner responsibilities. The scheduled maintenance section describes your vehicle's maintenance requirements. Be sure to review this information carefully, since proper maintenance is required to ensure that warranty coverage remains intact.

All information in this booklet is the latest available at the time of publication and is subject to change without notice.

**B**oth Toyota and your Toyota dealer are dedicated to serving your automotive needs. Your complete satisfaction is our first priority. Should you have a problem or concern — either during or after the warranty period — please take the following steps to ensure the quickest possible response:

### Step 1

Discuss the situation with a dealership manager, such as the service manager or customer relations manager. In most cases, a satisfactory solution can be reached at this step.

### Step 2

If the dealership does not address your concern to your satisfaction, call the Toyota Customer Experience Center at **(800) 331-4331.**

Please have the following information ready when you call:

- Your Toyota's vehicle identification number (located on the driver's side corner of the dashboard, under the window)
- Current mileage on your vehicle
- Name of your Toyota dealership

A Toyota customer relations representative will assist you in working with the dealership to find a satisfactory solution.

### Step 3

If your concern has still not been resolved to your satisfaction, Toyota offers additional assistance through the Dispute Settlement Program, a dispute resolution program administered by the National Center for Dispute Settlement. The purpose of the Dispute Settlement Program is to resolve disputes through arbitration — a process by which two parties authorize an independent third party to hear and resolve a dispute. The program is informal and free of charge. To request that your case be reviewed through the program, complete the customer claim form in the *Owner's Warranty Rights Notification* booklet (found in your glove box) and mail it to:

National Center for Dispute Settlement
P.O. Box 688
Mt. Clemens, MI 48046

If you would like to request a customer claim form, call the Toyota Customer Experience Center at (800) 331-4331. When you call, please have your vehicle identification number, the current mileage on your Toyota and the names of your selling and servicing dealerships.

**If You Need Assistance**

**California residents:** Toyota offers your assistance through an informal dispute settlement program called the California Dispute Settlement Program (CDSP). A brochure about the program is found in your glove box. For additional information, call the Toyota Customer Experience Center at (800) 331-4331. You may also contact the CDSP directly at (888) 300-6237. Failure to use the CDSP may affect your rights and remedies under California's "Lemon Laws."

This information about the Dispute Settlement Programs is correct as of the date of printing. However, the programs may be changed without notice. For the most current information about the programs, call the Toyota Customer Experience Center at (800) 331-4331.

## THE NEW WORLD OF ANTI-THEFT TECHNOLOGY

This Toyota vehicle may be equipped with an electronic "immobilizer" anti-theft system. When the key is inserted into the ignition switch it transmits an electronic code to an immobilizer computer. The engine will only start if the code in the key matches the code in the immobilizer. If the code does not match, the immobilizer disables the ignition and fuel systems. While an exact physical copy of the key will open the door and allow retrieval of items locked in the vehicle, it won't start the vehicle unless the key has the same code as the immobilizer.

## SECURITY

For security purposes, access to key codes and service procedures for electronically registering replacement keys is restricted. Only a Toyota dealer or certain bonded/registered independent locksmiths can generate replacement keys.

INTRODUCTION

**The Immobilizer Key**

## REPLACING THE KEY

Upon purchase, each vehicle should have two master keys and an aluminum tag with a key-code imprinted on it.

To generate a fully functional replacement key (one that will both open the doors and start the engine), one of the master keys is required. To make a key that will open the door for retrieval of items locked inside the vehicle, the aluminum key-code tag can be used. If a master key or the aluminum key-code tag is not available, a Toyota dealer or certain registered locksmiths can obtain the key code from a restricted-access database. These businesses can also access a service utility to reprogram the immobilizer if all registered master keys have been lost. If a Toyota dealer is not available, please refer to **www.aloa.org** to find a bonded/registered locksmith who performs high security key service.

## KEEPING THE KEY SAFE

Replacing an immobilizer key may be costly. It is advisable to keep a spare master key and the aluminum key-code tag in a safe place. If you record the key-code in more than one place, do not record it in a way that can be easily identified and associated with the vehicle. It is wise to keep a copy of the key-code outside of the vehicle.

If the vehicle was delivered with less than two keys and the aluminum key-code tag, consider having the Toyota dealer or a qualified independent automotive locksmith make a duplicate key before you need it.

We realize that your confidence in the quality and reliability of our products was a key factor in your decision to buy a Toyota. We also know how disruptive the loss of transportation can be to your daily routine. That's why we're pleased to offer you the benefits of our Transportation Assistance Policy.

Under this policy, you are eligible for transportation assistance if your Toyota must be kept overnight for warranty-covered repairs. The policy applies when your vehicle must be kept overnight for any of the following reasons:

- The warranty repairs will take longer than one day to complete.
- The warrantable condition requires extensive diagnosis.
- The parts needed for the warranty repairs are not readily available and your vehicle is inoperative or unsafe to drive.

The policy does not apply when warranty repairs can be completed in one day but the vehicle must be kept overnight due to dealer or owner scheduling conflicts.

The Transportation Assistance Policy applies for the duration of the New Vehicle Limited Warranty. The policy applies to all 2016 model-year Toyotas sold and serviced by authorized Toyota dealerships in the mainland United States and Alaska.

For further details, please consult your Toyota dealer.

**INTRODUCTION**

**WARRANTY**

**Important:** You must use the Dispute Settlement Program (or, in California, the CDSP) before seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act (the "Act"). However, if you choose to pursue rights and remedies not created by the Act, you are not required to use the Dispute Settlement Program (CDSP). You may also be required to use the Dispute Settlement Program or CDSP before seeking remedies under the "Lemon Laws" of your state. Please check this booklet and the appropriate page of the *Owner's Warranty Rights Notification* booklet for additional information and the requirements applicable to your state.

## Who Is the Warrantor

The warrantor for these limited warranties is Toyota Motor Sales, U.S.A., Inc. ("Toyota"), 19001 South Western Avenue, Torrance, California 90509-2991, a California corporation.

## Which Vehicles Are Covered

These warranties apply to all 2016 model year Corolla vehicles distributed by Toyota that are originally sold by an authorized dealer in the United States and normally operated or touring in the United States, U.S. territories or Canada. Warranty coverage is automatically transferred at no cost to subsequent vehicle owners.

## Multiple Warranty Conditions

This booklet contains warranty terms and conditions that may vary depending on the part covered. A warranty for specific parts or systems, such as the Powertrain Warranty or Emission Performance Warranty, is governed by the coverage set forth in that warranty as well as the General Warranty Provisions.

## When Warranty Begins

The warranty period begins on the vehicle's in-service date, which is the first date the vehicle is either delivered to an ultimate purchaser, leased, or used as a company car or demonstrator.

## Repairs Made at No Charge

Repairs and adjustments covered by these warranties are made at no charge for parts and labor.

## Parts Replacement

Any needed parts replacement will be made using new or remanufactured parts. The decision whether a part should be repaired or replaced will be made by the servicing Toyota dealership and/or Toyota. Parts scheduled to be replaced as required maintenance are warranted until their first replacement only.

### Informal Dispute Settlement Program

Toyota offers assistance through an informal dispute settlement program called the **Dispute Settlement Program.** This program is administered by an independent third party:

National Center for Dispute Settlement
P.O. Box 688
Mt. Clemens, MI 48046

Further information about this program can be found in this booklet and the *Owner's Warranty Rights Notification* booklet.

**California residents:** Toyota offers you assistance through an informal dispute settlement program called the California Dispute Settlement Program (CDSP). A brochure about the program is found in your glove box. For additional information, call the Toyota Customer Experience Center at (800) 331-4331. You may also contact the CDSP directly at (888) 300-6237. Failure to use the CDSP may affect your rights and remedies under California's "Lemon Laws."

### Limitations

The performance of necessary repairs and adjustments is the exclusive remedy under these warranties or any implied warranties. Toyota does not authorize any person to create for it any other obligation or liability in connection with this vehicle.

**Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties.** Some states do not allow restrictions on how long an implied warranty lasts, so this limitation may not apply to you.

### Your Rights Under State Law

These warranties give you specific legal rights. You may also have other rights that vary from state to state.

WARRANTY

# General Warranty Provisions

**WARRANTY**

## WARRANTY COVERAGE AT A GLANCE



### New Vehicle Limited Warranty

| | |
|---|---|
| Basic | 36 months / 36,000 miles |
| Powertrain | 60 months / 60,000 miles |
| Restraint Systems | 60 months / 60,000 miles |
| Corrosion Perforation | 60 months / Unlimited miles |

10   20   30   40   50   60   70   80   months

### Emission Control Warranty

**Federal**

| | |
|---|---|
| Defect | 36 months / 36,000 miles[1] |
| Specific Components | 96 months / 80,000 miles |
| Performance | 24 months / 24,000 miles |
| Specific Components | 96 months / 80,000 miles |

**California[2]**

| | |
|---|---|
| Performance | 36 months / 50,000 miles |
| Short-Term Defect | 36 months / 50,000 miles[1] |
| Long-Term Defect | 84 months / 70,000 miles |

10   20   30   40   50   60   70   80   months

[1] Specific components may have longer coverage under terms of the Powertrain Warranty.
[2] Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New **York**, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. Vehicles covered by this warranty are also covered by the Federal Emission Control Warranty.

## WHAT IS COVERED AND HOW LONG

### Basic Warranty

This warranty covers repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14-15.

Coverage is for 36 months or 36,000 miles, whichever occurs first, with the exception of wheel alignment and wheel balancing, which are covered for 12 months or 12,000 miles, whichever occurs first.

### Powertrain Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of any component listed below and in the next column and supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14-15.

Coverage is for 60 months or 60,000 miles, whichever occurs first.

#### Engine

Cylinder block and head and all internal parts, timing gears and gaskets, timing chain/belt and cover, flywheel, valve covers, oil pan, oil pump, engine mounts, turbocharger housing and all internal parts, supercharger housing and all internal parts, engine control computer, water pump, fuel pump, seals and gaskets.

#### Transmission and Transaxle

Case and all internal parts, torque converter, clutch cover, transmission mounts, transfer case and all internal parts, engine control computer, seals and gaskets.

#### Front-Wheel-Drive System

Final drive housing and all internal parts, axle shafts, drive shafts, constant velocity joints, front hub and bearings, seals and gaskets.

#### Rear-Wheel-Drive System

Axle housing and all internal parts, propeller shafts, U-joints, axle shafts, drive shafts, bearings, supports, seals and gaskets.

### Restraint Systems Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of any seatbelt or air bag system supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14-15.

Coverage is for 60 months or 60,000 miles, whichever occurs first.

For vehicles sold and registered in the state of Kansas, the warranty for seatbelts and related components is 10 years, regardless of mileage.

# New Vehicle Limited Warranty

WARRANTY

## Corrosion Perforation Warranty

This warranty covers repair or replacement of any original body panel that develops perforation from corrosion (rust-through), subject to the exceptions indicated under "What Is Not Covered" on pages 14-15.

Coverage is for 60 months, regardless of mileage.

For information on how to protect your vehicle from corrosion, refer to sections related to maintenance and care in the *Owner's Manual.*

## Towing

When your vehicle is inoperable due to failure of a warranted part, towing service to the nearest authorized Toyota dealership is covered.

## WHAT IS NOT COVERED

This warranty does not cover damage or failures resulting directly or indirectly from any of the following:

- Fire, accidents or theft
- Abuse or negligence
- Misuse — for example, racing or overloading
- Improper repairs
- Alteration or tampering, including installation of non-Genuine Toyota Accessories
- Lack of or improper maintenance, including use of fluids other than those specified in the *Owner's Manual*
- Installation of non-Genuine Toyota Parts
- Airborne chemicals, tree sap, road debris (including stone chips), rail dust, salt, hail, floods, wind storms, lightning and other environmental conditions
- Water contamination

This warranty also does not cover the following:

## Tires

Tires are covered by a separate warranty provided by the tire manufacturer. See page 29.

## Normal Wear and Tear

Noise, vibration, cosmetic conditions and other deterioration caused by normal wear and tear.

## Maintenance Expense

Normal maintenance services such as:

- Engine tune-ups
- Replacement of fluids and filters
- Lubrication
- Cleaning and polishing
- Replacement of spark plugs and fuses
- Replacement of worn wiper blades, brake pads/linings and clutch linings

## Vehicles With Altered Odometer

Failure of a vehicle on which the odometer has been altered so that actual vehicle mileage cannot be readily determined.

## Salvage or Total-Loss Vehicles

Any vehicle that has ever been issued a "salvage" title or similar title under any state's law; or has ever been declared a "total loss" or equivalent by a financial institution or insurer, such as by payment for a claim in lieu of repairs because the cost of repairs exceeded the cash value of the vehicle. This exclusion does not apply to the emission control warranties.

## Incidental Damages

Incidental or consequential damages associated with a vehicle failure. Such damages include but are not limited to inconvenience; the cost of transportation, telephone calls and lodging; the loss of personal or commercial property; and the loss of pay or revenue.

### Disclaimer of Extra Expenses and Damages

The performance of necessary repairs and adjustments is the exclusive remedy under this warranty or any implied warranty. Toyota does not authorize any person to create for it any other obligation or liability in connection with this vehicle. Toyota shall not be liable for incidental or consequential damages resulting from breach of this written warranty or any implied warranty. Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of this written warranty, except in states where this limitation is not allowed.

WARRANTY

*Your Warranties in Detail* **15**

## DISPUTE RESOLUTION

If a dispute arises regarding your warranty coverage, please follow the steps described under "If You Need Assistance" on page 5. Please note that you must use the Dispute Settlement Program (or, in California, the CDSP) before seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act. You may also be required to use the Dispute Settlement Program or CDSP before seeking remedies under the "Lemon Laws" of your state. Please check the appropriate page of the *Owner's Warranty Rights Notification* booklet (located in your glove box) for the requirements applicable to your state.

**WARRANTY**

**Federal Emission Control Warranty**

## WHAT IS COVERED AND HOW LONG

### Emission Defect Warranty

Toyota warrants that your vehicle:

- Was designed, built and equipped to conform at the time of sale with applicable federal emissions standards.
- Is free from defects in materials and workmanship that may cause the vehicle to fail to meet these standards.

Federal regulations require that this warranty be in effect for two years or 24,000 miles from the vehicle's in-service date, whichever occurs first. However, under the terms of the Basic Warranty, Toyota provides coverage of three years or 36,000 miles, whichever occurs first. Specific components may have longer coverage under the terms of the Powertrain Warranty. Additionally, components marked "8/80" in the parts list on pages 18–19 have coverage of eight years or 80,000 miles, whichever occurs first.

### Emission Performance Warranty

Some states and localities have established vehicle inspection and maintenance (I/M) programs to encourage proper vehicle maintenance. If an EPA-approved I/M program is in force in your area, you are eligible for Emission Performance Warranty coverage.

Under the terms of the Emission Performance Warranty and federal regulations, Toyota will make all necessary repairs if both of the following occur:

- Your vehicle fails to meet applicable emissions standards as determined by an EPA-approved emissions test.
- This failure results or will result in some penalty to you — such as a fine or denial of the right to use your vehicle — under local, state or federal law.

This warranty is in effect for two years or 24,000 miles from the vehicle's in-service date, whichever occurs first. Additionally, components marked "8/80" in the parts list on pages 18–19 have coverage of eight years or 80,000 miles, whichever occurs first.

**WARRANTY**

*Your Warranties in Detail* **17**

WARRANTY

## WHAT IS NOT COVERED

These warranty obligations do not apply to failures or noncompliance caused by:

- The use of replacement parts not certified in accordance with aftermarket parts certification regulations.
- The use of replacement parts not equivalent in quality or design to original equipment parts.

Provisions under the "What Is Not Covered" section of the New Vehicle Limited Warranty also apply to this warranty.

## WARRANTY PARTS LIST

### Air/Fuel Metering System

- Air/fuel ratio feedback control system
- Cold-start enrichment system
- Deceleration control system
- Electronic fuel injection system components
  - Airflow sensor
  - Engine control module (8/80)
  - Throttle body
  - Other components

### Air Induction System

- Intake manifold and intake air surge tank

### Catalyst System

- Catalytic converter and protector (8/80)
- Constricted fuel filler neck
- Exhaust manifold
- Exhaust pipe (manifold to catalyst and/or catalyst to catalyst)

### Evaporative Control System

- Charcoal canister
- Diaphragm valve
- Fuel filler cap
- Fuel tank
- Vapor liquid separator

---

8/80 = Covered for eight years or 80,000 miles, whichever occurs first.

### Exhaust Gas Recirculation (EGR) System

- EGR gas temperature sensor
- EGR valve
- Associated parts

### Ignition System

- Distributor and internal parts
- Ignition coil and ignitor
- Ignition wires
- Spark plugs*

### Positive Crankcase Ventilation (PCV) System

- Oil filler cap
- PCV valve or orifice

### Other Parts Used in Above Systems

- Data link connector (8/80)
- Hoses, clamps, fittings, tubing and mounting hardware
- Malfunction indicator light and bulb (8/80)
- Pulleys, belts and idlers
- Sealing gaskets and devices
- Sensors, solenoids, switches and valves

## MAINTENANCE

You are responsible for performance of the required maintenance indicated in the *Owner's Manual* and this booklet. Toyota will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, any failure or noncompliance caused by lack of maintenance is not covered by this warranty.

**When maintenance and repairs are paid for by you, these services may be performed by you or by any automotive service provider you choose. Toyota will not deny a warranty claim solely because you used a service provider other than a Toyota dealership for maintenance and repairs.** However, any failure or noncompliance caused by improper maintenance or repairs is not covered by this warranty.

---

\* Warranted until first required maintenance under terms of the California Emission Control Warranty.
8/80 = Covered for eight years or 80,000 miles, whichever occurs first.

**WARRANTY**

## REPLACEMENT PARTS

To ensure optimum performance and maintain the quality built into your vehicle's emission control systems, Toyota recommends the use of Genuine Toyota Parts when servicing or repairing the systems.

**Warranty coverage is not dependent upon the use of any particular brand of replacement parts and you may elect to use non-Genuine Toyota Parts for maintenance and repairs. However, use of replacement parts that are not equivalent in quality to Genuine Toyota Parts may impair the effectiveness of the emission control systems.**

If you use replacement parts that have maintenance or replacement schedules different from those of Genuine Toyota Parts, you must follow the maintenance and replacement schedules for the parts you are using. In addition, you should ensure that such parts are warranted by their manufacturers to be equivalent to Genuine Toyota Parts.

## IF YOUR VEHICLE FAILS AN EMISSIONS TEST

If your vehicle fails an EPA-approved emissions test, you may make a claim under the Emission Performance Warranty. To do so, take your vehicle to an authorized Toyota dealership and present a copy of the emissions test report. Also, take your maintenance records in case they are needed.

If your claim qualifies for coverage, the dealership will repair your vehicle within 30 days (unless a shorter period is required by law). If your claim is denied, Toyota will notify you in writing of the reason within the same period. If we fail to do so, we will repair your vehicle free of charge. The only exceptions allowed are when you request or agree to a delay, or when a delay is caused by factors beyond the control of Toyota or the dealership.

For information on how to obtain service under the Emission Defect Warranty, see page 32, "Obtaining Warranty Service."

**Federal Emission Control Warranty**

## IF YOU HAVE QUESTIONS

If you have questions or concerns about your federal emission warranty coverage, please refer to "If You Need Assistance" on page 5. In the case of the Emission Performance Warranty, you may also request information from or report complaints to:

U.S. Environmental Protection Agency
Vehicle Programs & Compliance Division
(6405J)
Attn: Warranty Complaints
401 M Street SW
Washington, D.C. 20460

Vehicles equipped with a California Certified Emission Control System that are sold, registered and operated in California or any state that adopts California emission warranty provisions are also covered by the California Emission Control Warranty (see page 23). Currently, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington are the other states to which the California Emission Control Warranty applies.

**WARRANTY**

## DEALER CERTIFICATE

We (the dealership) want you to know that at the time your new Toyota vehicle is being delivered:

1) On the basis of written notification furnished by Toyota, we have knowledge that the vehicle is covered by an EPA Certificate of Conformity.

2) We have visually inspected those emission control devices or portions thereof that are visible without removing or adjusting any components or systems, emissions-related or otherwise. On the basis of this inspection, there are no apparent deficiencies in the installation of emission control devices by Toyota. (For purposes of this certificate, "emission control devices" is limited to devices installed on a vehicle for the sole or primary purpose of controlling emissions and which were not in general use before 1968.)

3) We have performed all emission control system preparations required by Toyota prior to the sale of the vehicle as set forth in Toyota's current pre-delivery service manual.

4) Except as may be provided in Paragraph 5, if this vehicle fails an EPA-approved emissions test within three months or 4,000 miles (whichever comes first) of delivery to the ultimate purchaser, and the vehicle has been maintained and used in accordance with the written instructions for proper maintenance

and use, Toyota will remedy the nonconformity free of charge under the terms of the Emission Performance Warranty.

5) If the vehicle was used as a company car or demonstrator, check the box and complete the following:

❑ The vehicle with which this statement is delivered was placed into service as a company car or demonstrator prior to delivery. The Emission Performance Warranty period commenced on the date the vehicle was first placed into service, which was:

_____
Month              Day              Year

**Note:** The dealership makes no representation or warranty that the emission control system or any part thereof is without defect or that the system will perform properly. The Emission Performance Warranty referred to in Paragraph 4 and furnished with the vehicle is solely that of the manufacturer.

This statement is required by section 207 of the Clean Air Act (42 U.S.C. 7541) and the EPA regulations issued thereunder.

_____
Dealership Name

WARRANTY

## **YOUR WARRANTY RIGHTS AND OBLIGATIONS**

Vehicles equipped with a California Certified Emission Control System that are sold, registered and operated in California or any state that adopts California emission warranty provisions are covered by this warranty. Currently, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington are the other states to which this warranty applies. Vehicles covered by this warranty are also covered by the Federal Emission Control Warranty (see page 17).

The California Air Resources Board (CARB) and Toyota are pleased to explain the emission control system warranty for your 2016 vehicle. In California, new motor vehicles must be designed, built and equipped to meet the state's stringent anti-smog standards. CARB regulations require that Toyota must warrant the emission control system on your vehicle for the time periods indicated on the next page, provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the fuel injection system, ignition system, catalytic converter and engine computer. Also included may be hoses, belts, connectors and other emissions-related assemblies.

Where a warrantable condition exists, Toyota will repair your vehicle at no cost to you, including diagnosis, parts and labor.

**WARRANTY**

**WARRANTY**

## MANUFACTURER'S WARRANTY COVERAGE

1) For three years or 50,000 miles, whichever occurs first:
   – If your vehicle fails a smog-check test, all necessary repairs and adjustments will be made by Toyota to ensure that your vehicle passes the test. This is your Emission Control System PERFORMANCE WARRANTY.
   – If an emissions-related part listed on pages 18–19 is defective, the part will be repaired or replaced by Toyota. This is your SHORT-TERM Emission Control System DEFECT WARRANTY. Specific components may have longer coverage under the terms of the Powertrain Warranty.

2) For seven years or 70,000 miles, whichever occurs first:
   – If an emissions-related part listed on page 25 is defective, the part will be repaired or replaced by Toyota. This is your LONG-TERM Emission Control System DEFECT WARRANTY.

## OWNER'S WARRANTY RESPONSIBILITIES

You are responsible for performance of the required maintenance indicated in the *Owner's Manual* and this booklet. Toyota recommends that you retain all receipts covering maintenance on your vehicle, but Toyota cannot deny warranty coverage solely for the lack of receipts or your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a Toyota dealership as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

You should also be aware that Toyota may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the Toyota Customer Experience Center at (800) 331-4331 or the California Air Resources Board, Mobile Source Control Division, at 9480 Telstar Avenue, Suite 4, El Monte, CA 91731, (800) 242-4450.

**California Emission Control Warranty**

## WHAT IS NOT COVERED

These warranty obligations do not apply to failures or noncompliance caused by:

- The use of replacement parts not certified in accordance with aftermarket parts certification regulations.
- The use of replacement parts not equivalent in quality or design to original equipment parts.

Provisions under the "What Is Not Covered" section of the New Vehicle Limited Warranty also apply to this warranty.

## PARTS LIST: LONG-TERM EMISSION DEFECT WARRANTY

The parts listed here are covered for seven years or 70,000 miles from the vehicle's in-service date, whichever occurs first.

### Air/Fuel Metering System

- CV valve lift controller on models equipped with 2ZR-FAE
- Engine control computer (engine control module)
- Throttle body

### Air Induction System

- Intake manifold

### Catalyst System

- Exhaust front pipe (including catalytic converter)

### Evaporative Control System

- Fuel tank

### Other Parts Used in Systems Listed

- Transmission solenoid on models equipped with 2ZR-FAE

**WARRANTY**

**WARRANTY**

## MAINTENANCE

You are responsible for performance of the required maintenance indicated in the *Owner's Manual* and this booklet. Toyota will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, any failure or noncompliance caused by lack of maintenance is not covered by this warranty.

**When maintenance and repairs are paid for by you, these services may be performed by you or by any automotive service provider you choose. Toyota will not deny a warranty claim solely because you used a service provider other than a Toyota dealership for maintenance and repairs.** However, any failure or noncompliance caused by improper maintenance or repairs is not covered by this warranty.

## REPLACEMENT PARTS

To ensure optimum performance and maintain the quality built into your vehicle's emission control systems, Toyota recommends the use of Genuine Toyota Parts when servicing or repairing the systems.

**Warranty coverage is not dependent upon the use of any particular brand of replacement parts and you may elect to use non-Genuine Toyota Parts for maintenance and repairs. However, use of replacement parts that are not equivalent in quality to Genuine Toyota Parts may impair the effectiveness of the emission control systems.**

If you use replacement parts that have maintenance or replacement schedules different from those of Genuine Toyota Parts, you must follow the maintenance and replacement schedules for the parts you are using. In addition, you should ensure that such parts are warranted by their manufacturers to be equivalent to Genuine Toyota Parts.

**California Emission Control Warranty**

## IF YOUR VEHICLE FAILS A SMOG-CHECK TEST

If your vehicle fails a smog-check test, you may make a claim under the Emission Performance Warranty. To do so, take your vehicle to an authorized Toyota dealership and present a copy of the smog-check test report. Also, take your maintenance records in case they are needed.

If your claim qualifies for coverage, the dealership will repair your vehicle within 30 days (unless a shorter period is required by law). If your claim is denied, Toyota will notify you in writing of the reason within the same period. If we fail to do so, we will repair your vehicle free of charge. The only exceptions allowed are when you request or agree to a delay, or when a delay is caused by factors beyond the control of Toyota or the dealership.

For information on how to obtain service under the Emission Defect Warranty, see page 32, "Obtaining Warranty Service."

## REPAIR DELAYS

If a Toyota dealership is unable to complete repairs on your vehicle within 30 days, you may have the repairs made under Toyota's provisions for emergency warranty repairs. See page 32 for details.

**WARRANTY**

*Your Warranties in Detail* **27**

**WARRANTY**

## IF YOU HAVE QUESTIONS

If you have questions or concerns about your vehicle's California emission warranty coverage, please follow the steps described under "If You Need Assistance" on pages 5. You may also request information from or report complaints to:

California Air Resources Board
Mobile Source Control Division
9480 Telstar Avenue
Suite 4
El Monte, CA 91731
(800) 242-4450

## OBTAINING WARRANTY SERVICE

The tires that come as original equipment on your vehicle are warranted by their manufacturer and not Toyota. A separate warranty statement for the tires is in your glove box.

To obtain service for a tire defect, take the tire to an authorized dealer of the tire manufacturer. (Refer to your local phone directory for dealer locations.) Your Toyota dealer may also be able to assist you in obtaining warranty service from the manufacturer.

For additional warranty information or service assistance, contact the tire manufacturer directly.

## ORIGINAL EQUIPMENT TIRE MANUFACTURERS

**American Kenda Rubber**
7095 Americana Parkway
Reynoldsburg, OH 43068
(866) 536–3287

**Bridgestone/Firestone**
535 Marriott Drive
Nashville, TN 37214
Bridgestone: (800) 847-3272
Firestone: (800) 356-4644

**Continental Tire of North America**
1800 Continental Blvd.
Charlotte, NC 28273
(800) 847-3349

**Dunlop Tires**
1144 East Market Street
Akron, OH 44316
(800) 321–2136

**Goodyear Tire and Rubber Co.**
1144 East Market Street
Akron, OH 44316
(800) 321–2136

**Hankook Tire America Corporation**
1450 Valley Road
Wayne, NJ 07470
(800) 426-5665

**Michelin North America**
One Park Way South
P.O. Box 19001
Greenville, SC 29602
(800) 847-3435

**Toyo Tire (U.S.A.) Corporation**
6261 Katella Ave., Suite 2B
Cypress, CA 90630
(800) 442-8696

**Yokohama Tire Corporation**
1 MacArthur Place, Suite 800
Santa Ana, CA 92707
(800) 722-9888

**WARRANTY**

**WARRANTY**

## GENERAL INFORMATION

You are responsible for ensuring that your Toyota is operated and maintained according to the instructions in the *Owner's Manual* and this booklet.

You should keep detailed records of vehicle maintenance, since under some circumstances they may be required for warranty coverage. These records should include date of service, mileage at time of service and a description of service performed and/or parts installed. For your convenience, a maintenance log is included in this booklet. If you sell your vehicle, you should give your maintenance records to the new owner.

Toyota will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, damage or failures caused by lack of proper maintenance are not covered under warranty.

## WHERE TO GO FOR MAINTENANCE

You may have maintenance performed on your vehicle by any qualified person or facility. However, Toyota recommends having maintenance performed by an authorized Toyota dealership.

Toyota dealership technicians are specially trained to maintain and repair Toyota vehicles. They stay current on the latest service information through Toyota technical bulletins, service publications and training courses. Many are also certified through the Toyota Certification Program, which involves a series of rigorous written examinations. Feel free to ask any Toyota dealership to show you their technicians' credentials.

You can be confident you're getting the best possible service for your vehicle when you take it to a Toyota dealership.

## REPLACEMENT PARTS

Warranty coverage is not dependent upon the use of any particular brand of replacement parts. However, Toyota recommends using only Genuine Toyota Parts when you need to replace a part on your vehicle. Like all Toyota products, Genuine Toyota Parts are built to the highest standards of quality, durability and performance. They are also designed to fit your vehicle's exact specifications.

Your Toyota dealership maintains an extensive inventory of Genuine Toyota Parts to meet your vehicle service needs. And because it is linked electronically to Toyota's Parts Distribution Centers, the dealership has quick access to any parts it may not have in stock.

Genuine Toyota Parts are covered by their own warranty (see your dealer for details) or the remainder of any applicable New Vehicle Limited Warranty, whichever is longer. **Non-Genuine Toyota Parts, or any damage or failures resulting from their use, are not covered by any Toyota warranty**.

**WARRANTY**

Obtaining Warranty Service

**WARRANTY**

## BY GEOGRAPHIC REGION

### In the United States, U.S. Territories, Canada and Mexico

To obtain warranty service in the United States, U.S. territories, Canada or Mexico, take your vehicle to an authorized Toyota dealership. If your vehicle cannot be driven, contact your nearest Toyota dealership for towing assistance. You do not have to pay for towing to the nearest Toyota dealership if your vehicle is inoperable due to failure of a warranted part.

### Outside the United States, U.S. Territories, Canada and Mexico

If you are using your vehicle outside the United States, U.S. territories, Canada and Mexico and need warranty service, contact a local Toyota dealership. Please note, however, that your vehicle may not be repaired free of charge because the local Toyota distributor may have no obligation to provide warranty service for your vehicle, and/or your vehicle may not comply with local regulatory or environmental requirements.

## EMERGENCY REPAIRS

If your vehicle is inoperable or unsafe to drive and there is no Toyota dealership reasonably available to make repairs, you may perform the repairs yourself or have them performed by another automotive service provider. Toyota will reimburse you for any of the repairs that are covered by warranty. To receive reimbursement, present to an authorized Toyota dealership your paid repair invoices and any parts that were removed from the vehicle. You will be reimbursed for warranted parts at the manufacturer's suggested retail price and warranted labor at a geographically appropriate hourly rate multiplied by Toyota's recommended time allowance for the repair.

If your vehicle requires emergency repair, Toyota assumes no liability for subsequent failures caused by improper repairs or the use of non-Genuine Toyota Parts unless you have the vehicle properly repaired in a timely manner. To ensure that warranty coverage remains intact, have your vehicle inspected by an authorized Toyota dealership as soon as possible after an emergency repair.

**Notes**

**WARRANTY**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# The Importance of Scheduled Maintenance

**R**egular maintenance is essential to obtaining the highest level of performance, safety and reliability from your Toyota. It can also increase your vehicle's resale value. The following pages are designed to help you make sure your vehicle receives proper and timely maintenance. Along with other important information related to vehicle service, you'll find factory-recommended maintenance guidelines and a log in which to document your vehicle's maintenance history.

In addition to scheduled maintenance, your vehicle requires ongoing general maintenance such as fluid checks and visual inspections. These procedures are explained in the "Maintenance and Care" section of the Owner's Manual. Be sure to perform these procedures regularly to ensure the most trouble-free operation of your vehicle.

With proper maintenance and care, your vehicle will last longer and deliver more dependable, economical performance. Follow this booklet's recommendations and you'll enjoy maximum reliability and peace of mind from your Toyota for many years to come.



**MAINTENANCE**

**34**  *Maintenance Log*

## IMPORTANT MAINTENANCE INFORMATION

**It is especially important to both routinely check your vehicle's engine oil level (once a month) and regularly replace the engine oil and oil filter (see the Maintenance Log section of this booklet to determine how often you should change your vehicle's oil and filter). Failure to do so can cause oil starvation and or oil gelling, which can result in severe damage to your vehicle and require costly repairs that are not covered by the New Vehicle Limited Warranty.**

### Maintenance Records

Maintaining your vehicle according to the recommendations in this booklet is required to ensure that your warranty coverage remains intact. You should keep detailed records of vehicle maintenance, including date of service, mileage at time of service and a description of service and/or parts installation performed. The scheduled maintenance log in this booklet can help you document this information. If you sell your vehicle, be sure to give your maintenance records to the new owner.

Toyota will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, damage or failure caused by lack of proper maintenance are not covered under warranty.

### Maintenance Providers

Maintenance and repair services may be performed by you or by any automotive service provider you choose. Toyota will not deny a warranty claim solely because you used a service provider other than a Toyota dealership for maintenance and repairs. However, damage or failure caused by improper maintenance or repairs are not covered under warranty.

### Dealer-Recommended Maintenance

Your dealer may recommend more frequent maintenance intervals or more maintenance services than those listed in the scheduled maintenance log. These additional services are not required to maintain your warranty coverage. Ask your dealer to explain any recommended maintenance not included in the scheduled maintenance log.

For a complete description of Toyota warranty coverages, see the Warranty Information portion of this booklet.

# Using the Maintenance Log Charts

**R**egular maintenance is essential to obtaining the highest level of performance from your Toyota. It can also increase your vehicle's resale value. This booklet presents Toyota's maintenance recommendations in convenient checklists, so you can easily see what type of maintenance your vehicle needs and document that the work was performed.

To ensure that your vehicle receives first-quality service and parts, Toyota recommends having maintenance performed by an authorized Toyota dealership. Toyota dealership technicians are experts on Toyota vehicles, and they use Genuine Toyota Parts designed to your vehicle's exact specifications. When you go to a Toyota dealership, you can be confident that they will use Genuine Toyota parts and have Toyota-trained technicians.

## Miles or Months?

Toyota recommends obtaining scheduled maintenance for your vehicle every 5,000 miles or six months, whichever comes first.

For example:

- If you drive 5,000 miles in less than six months, you should obtain maintenance at **5,000 miles** - don't wait until six months.

- If at six months you have driven less than 5,000 miles, you should obtain maintenance at **six months** - don't wait until 5,000 miles.

Be sure to keep an eye on your mileage so that you obtain maintenance when recommended. If you are a low-mileage driver, mark your calendar to remind yourself to obtain maintenance every six months.

## Documenting Your Investment

To help you verify that you've invested in proper maintenance, each maintenance checklist includes space for your Toyota dealership to certify that you obtained Genuine Toyota Service for your vehicle. The dealership may mark the dealer service verification area with the following stamp (which may be customized with the dealership's name):



**MAINTENANCE**

## Special Operating Conditions

In addition to standard maintenance items, the maintenance log indicates services that should be performed on vehicles that are driven under especially demanding conditions. These "special operating conditions" and their required maintenance items are clearly indicated in each chart.

**NOTE:** You should perform these additional maintenance services only if the **majority** of your driving is done under the special operating conditions indicated. If you only **occasionally** drive under these circumstances, it is not necessary to perform the additional services.

## Engine Oil Selection

Please refer to your Owner's Manual for the specific oil viscosity rating recommended for your vehicle/engine type.

## Additional Maintenance

In addition to scheduled maintenance, your Toyota requires ongoing general maintenance such as fluid checks and visual inspections. These procedures are explained in the "Maintenance and Care" section of the *Owner's Manual*. Be sure to perform these procedures regularly to ensure the most trouble-free operation of your vehicle.

## SuperChrome and Alloy Wheel Care

If you purchased genuine Toyota accessory Aluminum Alloy Wheels, follow these cleaning guidelines to maintain the appearance of your alloy wheels:

- If wheels are hot, wait for them to cool before washing.
- Use a soft sponge or cotton cloth to apply the same mild car-wash soap as used for the vehicle body. Quickly rinse off with water. Use a soft cloth to apply the same car wax as used for the vehicle body.
- DO NOT USE: Any kind of chemical based cleaners, alcohol, solvents, gasoline, steam cleaners, scouring pads, wire brushes, or coarse abrasives to clean your wheels.

**MAINTENANCE**

# Maintenance Log

## 5,000 miles or 6 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[4]:**
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
- ☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Replace engine oil and oil filter [1]

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

## 10,000 miles or 12 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Replace engine oil and oil filter [1]
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[4]:**
- ☐ Tighten nuts and bolts on chassis and body

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

MAINTENANCE

**38** *Maintenance Log*

## 15,000 miles or 18 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Inspect the following:**

| | |
|---|---|
| __ Ball joints and dust covers | __ Exhaust pipes and mountings |
| __ Brake lines and hoses | __ Radiator and condenser |
| __ Drive shaft boots | __ Steering gear box |
| __ Engine coolant [3] | __ Steering linkage and boots |

**Note:** Driving in heavy traffic, on dirt roads or in urban, dusty or desert areas may shorten the life of the cabin air filter. Replacement may be needed if you notice reduced air flow from the air conditioner and heater or if the windows fog easily when you use the "Fresh" mode. Consult your dealer if any of these conditions occur.

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect engine air filter
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading**[4] **:**
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Replace engine oil and oil filter [1]

DEALER SERVICE VERIFICATION:

DATE:

MILEAGE:

MAINTENANCE

---

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[4] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

## 20,000 miles or 24 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Replace engine oil and oil filter [1]
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect engine air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5]:**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 25,000 miles or 30 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect engine air filter
☐ Inspect steering linkage and boots
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5]:**
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

**40** *Maintenance Log*

## 30,000 miles or 36 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Replace engine air filter
☐ Replace engine oil and oil filter [1]
☐ Rotate tires

**Inspect the following:**

__ Ball joints and dust covers
__ Brake lines and hoses
__ Brake linings/drums and brake pads/discs [3]
__ Drive shaft boots
__ Engine coolant [4]
__ Exhaust pipes and mountings
__ Front differential oil

__ Fuel lines and connections, fuel tank band and fuel tank vapor vent system hoses
__ Fuel tank cap gasket
__ Radiator and condenser
__ Steering gear box
__ Steering linkage and boots
__ Transmission for signs of leakage

### Additional Maintenance Items for Special Operating Conditions [2]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5] :**
☐ Replace front differential oil (manual transmission only)
☐ Replace manual transmission oil
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

---

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Inspect thickness measurement and disc runout.
[4] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[5] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

**Maintenance Log**

## 35,000 miles or 42 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[4]:**
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
- ☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 40,000 miles or 48 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Replace engine oil and oil filter [1]
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[4]:**
- ☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

### 45,000 miles or 54 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Inspect the following:**

__ Ball joints and dust covers      __ Exhaust pipes and mountings
__ Brake lines and hoses      __ Radiator and condenser
__ Drive shaft boots      __ Steering gear box
__ Engine coolant [3]      __ Steering linkage and boots

**Note:** Driving in heavy traffic, on dirt roads or in urban, dusty or desert areas may shorten the life of the cabin air filter. Replacement may be needed if you notice reduced air flow from the air conditioner and heater or if the windows fog easily when you use the "Fresh" mode. Consult your dealer if any of these conditions occur.

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect engine air filter
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading**[4] **:**
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

**MAINTENANCE**

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[4] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

## 50,000 miles or 60 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Replace engine oil and oil filter [1]
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[6]:**
- ☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 55,000 miles or 66 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[6]:**
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
- ☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

## 60,000 miles or 72 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Replace engine air filter
☐ Replace engine oil and oil filter [1]
☐ Rotate tires

**Inspect the following:**

__ Ball joints and dust covers
__ Brake lines and hoses
__ Brake linings/drums and brake
   pads/discs [3]
__ Drive belts [4]
__ Drive shaft boots
__ Engine coolant [5]
__ Exhaust pipes and mountings
__ Front differential oil

__ Fuel lines and connections, fuel tank
   band and fuel tank vapor vent system
   hoses
__ Fuel tank cap gasket
__ Radiator and condenser
__ Steering gear box
__ Steering linkage and boots
__ Transmission for signs of leakage

### Additional Maintenance Items for Special Operating Conditions [2]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[6] :**
☐ Replace front differential oil
☐ Replace transmission fluid or oil
☐ Tighten nuts and bolts on chassis and body

**Dealer Service Verification:**

**Date:**
**Mileage:**

---

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the
   multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Inspect thickness measurement and disc runout.
[4] Initial inspection at 60,000 miles/72 months. Inspect every 15,000 miles/18 months thereafter.
[5] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more
   information.
[6] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

## 65,000 miles or 78 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect engine air filter
☐ Inspect steering linkage and boots
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[4]:**
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 70,000 miles or 84 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Replace engine oil and oil filter [1]
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect engine air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[4]:**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

## 75,000 miles or 90 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Inspect the following:**

__ Ball joints and dust covers          __ Exhaust pipes and mountings
__ Brake lines and hoses                __ Radiator and condenser
__ Drive belts                          __ Steering gear box
__ Drive shaft boots                    __ Steering linkage and boots
__ Engine coolant [3]

**Note:** Driving in heavy traffic, on dirt roads or in urban, dusty or desert areas may shorten the life of the cabin air filter. Replacement may be needed if you notice reduced air flow from the air conditioner and heater or if the windows fog easily when you use the "Fresh" mode. Consult your dealer if any of these conditions occur.

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect engine air filter
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading**[4] **:**
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

**MAINTENANCE**

---

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[4] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

**Maintenance Log**

## 80,000 miles or 96 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Replace engine oil and oil filter [1]
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5]:**
- ☐ Tighten nuts and bolts on chassis and body

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

## 85,000 miles or 102 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

### Additional Maintenance Items for Special Operating Conditions [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5]:**
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
- ☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Replace engine oil and oil filter [1]

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

MAINTENANCE

**48** *Maintenance Log*

## 90,000 miles or 108 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Replace engine air filter
☐ Replace engine oil and oil filter [1]
☐ Rotate tires

**Inspect the following:**

__ Ball joints and dust covers
__ Brake lines and hoses
__ Brake linings/drums and brake pads/discs [3]
__ Drive belts
__ Drive shaft boots
__ Engine coolant [4]
__ Exhaust pipes and mountings
__ Front differential oil

__ Fuel lines and connections, fuel tank band and fuel tank vapor vent system hoses
__ Fuel tank cap gasket
__ Radiator and condenser
__ Steering gear box
__ Steering linkage and boots
__ Transmission for signs of leakage

### Additional Maintenance Items for Special Operating Conditions [2]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5] :**
☐ Replace front differential oil (manual transmission only)
☐ Replace manual transmission oil
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Inspect thickness measurement and disc runout.
[4] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[5] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

**MAINTENANCE**

**Maintenance Log**

## 95,000 miles or 114 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5]:**
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
- ☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Replace engine oil and oil filter [1]

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

## 100,000 miles or 120 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Replace engine coolant [3]
- ☐ Replace engine oil and oil filter[1]
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[5]:**
- ☐ Tighten nuts and bolts on chassis and body

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

MAINTENANCE

**50** *Maintenance Log*

## 105,000 miles or 126 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Inspect the following:**

__ Ball joints and dust covers
__ Brake lines and hoses
__ Drive belts
__ Drive shaft boots
__ Engine coolant [4]

__ Exhaust pipes and mountings
__ Radiator and condenser
__ Steering gear box
__ Steering linkage and boots

**Note:** Driving in heavy traffic, on dirt roads or in urban, dusty or desert areas may shorten the life of the cabin air filter. Replacement may be needed if you notice reduced air flow from the air conditioner and heater or if the windows fog easily when you use the "Fresh" mode. Consult your dealer if any of these conditions occur.

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
☐ Inspect engine air filter
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading**[5] **:**
☐ Replace engine oil and oil filter [1]
☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**

**MILEAGE:**

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Initial replacement at 100,000 miles/120 months. Replace every 50,000 miles/60 months thereafter. Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[4] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[5] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

**Maintenance Log**

## 110,000 miles or 132 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Replace engine oil and oil filter [1]
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[6]:**
- ☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 115,000 miles or 138 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Note:** If 0W-20 oil WAS NOT used at the last oil change, replace engine oil and oil filter.[1]

**Additional Maintenance Items for Special Operating Conditions** [2]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[6]:**
- ☐ Replace engine oil and oil filter [1]
- ☐ Tighten nuts and bolts on chassis and body

**Repeated trips of less than five miles in temperatures below 32°F / 0°C:**
- ☐ Replace engine oil and oil filter [1]

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Replace engine oil and oil filter [1]

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

**52**  *Maintenance Log*

## 120,000 miles or 144 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Replace engine air filter
☐ Replace engine oil and oil filter [1]
☐ Replace spark plugs [3]
☐ Replace vacuum pump (vane type) for brake booster (VALVEMATIC engine only)
☐ Rotate tires

**Inspect the following:**

__ Ball joints and dust covers
__ Brake lines and hoses
__ Brake linings/drums and brake
    pads/discs [4]
__ Drive belts
__ Drive shaft boots
__ Engine coolant [5]
__ Exhaust pipes and mountings
__ Front differential oil

__ Fuel lines and connections, fuel tank
    band and fuel tank vapor vent system
    hoses
__ Fuel tank cap gasket
__ Radiator and condenser
__ Steering gear box
__ Steering linkage and boots
__ Transmission for signs of leakage

### Additional Maintenance Items for Special Operating Conditions [2]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading[6] :**
☐ Replace front differential oil
☐ Replace transmission fluid or oil
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

---

[1] Reset the oil replacement reminder light ("MAINT REQD") or the message "OIL MAINTENANCE REQUIRED" on the multi-information display after maintenance at every 5,000 miles.
[2] Perform these service items only if you drive primarily under the conditions indicated.
[3] Maintenance services of spark plugs are required under the terms of the Emission Control Warranty.
[4] Inspect thickness measurement and disc runout.
[5] Refer to "Engine Coolant" in the "Explanation of Maintenance Items" section in the back of this guide for more information.
[6] Not all vehicles are designed for towing. Refer to your Vehicle Owner's Manual for details.

**T**he following descriptions are provided to give you a better understanding of the maintenance items that should be performed on your vehicle. The scheduled maintenance log indicates at which mileage/time intervals each item should be performed. Please note that many maintenance items should be performed only by a qualified technician.

For further information on maintenance items you can perform yourself, see the "Maintenance and Care" section of the *Owner's Manual.*

### Automatic Transmission Fluid or Manual Transmission Oil

Inspect or replace at specified intervals. When performing inspections, check each component for signs of leakage. If you discover any leakage, have it repaired by a qualified technician immediately.

### Ball Joints and Dust Covers

Check the suspension and steering linkage ball joints for looseness and damage. Check all dust covers for deterioration and damage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

### Brake Lines and Hoses

Visually inspect for proper installation. Check for chafing, cracks, deterioration and signs of leakage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

### Brake Linings/Drums and Brake Pads/Discs

Check the brake linings (shoes) and drums for scoring, burning, fluid leakage, broken parts and excessive wear. Check the pads for excessive wear and the discs for runout, excessive wear and fluid leakage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

### Cabin Air Filter

Replace at specified intervals. Driving in heavy traffic, on dirt roads or in urban, desert or dusty areas may shorten filter's life. More frequent replacement may be necessary.

### Drive Belts

Inspect for cracks, excessive wear and oiliness. Check the belt tension and adjust if necessary. Replace the belts if they are damaged.

## Drive Shaft Boots

Check the drive shaft boots and clamps
for cracks, deterioration and damage.
Replace any deteriorated or damaged parts
and, if necessary, repack the grease. A
qualified technician should perform these
operations.

## Driver's Floor Mat

- Only use the driver's floor mat
  designed specifically for the model
  and model year of your vehicle.

- Always properly secure the driver's
  floor mat using the retaining hooks.

- Never install another floor mat on top
  of the existing driver's floor mat.

- Never install the driver's floor mat
  upside down.

## Engine Air Filter

Inspect or replace at specified intervals.
When performing inspections, check for
damage, excessive wear and oiliness, and
replace if necessary.

## Engine Coolant

Drain the cooling system and refill with an
ethylene-glycol type coolant. Inspect hoses
and connections for corrosion and leaks.
Tighten connections and replace parts
when necessary. A qualified technician
should perform these operations. (For
further details, refer to "Radiator,
Condenser and Hoses" in the
"Maintenance and Care" section of the
*Owner's Manual*).

> Your Toyota is equipped with Genuine
> Toyota Super Long-Life Coolant. The
> replacement intervals for engine
> coolant recommended in this booklet
> are based on replacement with
> Genuine Toyota Super Long-Life
> Coolant or similar high-quality
> non-silicate, non-amine, non-borate
> ethylene-glycol coolant with long-life
> hybrid organic acid technology (i.e., a
> combination of low phosphates and
> organic acids). If another type of
> ethylene-glycol coolant is used,
> replacement intervals may be different.

**MAINTENANCE**

### Engine Oil and Oil Filter

Replace the oil filter and drain and refill the engine oil at specified intervals. For recommended oil grade and viscosity, refer to the *Owner's Manual.*

**NOTE:** Your vehicle is certified with Genuine Toyota 0W20 motor oil. For VEHICLES CERTIFIED FOR 0W20 motor oil, the oil change interval is 10,000 miles or 12 months IF 0W20 MOTOR OIL IS BEING USED. If 0W20 is not available, 5W20 mineral oil may be used. However, it must be replaced at A 5,000 miles or 6 month INTERVAL with 0W20 motor oil.

For customers who primarily drive their vehicle under any of the listed **Special Operating Conditions**, the motor oil and filter should be replaced at 5,000 miles or 6 months, REGARDLESS OF THE OIL USED (OR CERTIFICATION OF THE VEHICLE).

### Exhaust Pipes and Mountings

Visually inspect the exhaust pipes, muffler and hangers for cracks, deterioration and damage. Start the engine and listen carefully for any exhaust gas leakage. Tighten connections or replace parts as necessary.

### Front Differential Oil

Inspect or replace at specified intervals. When performing inspections, check each component for signs of leakage. If you discover any leakage, have it repaired by a qualified technician immediately.

### Fuel Lines and Connections, Fuel Tank Band and Fuel Tank Vapor Vent System Hoses

Visually inspect for corrosion, damage, cracks, and loose or leaking connections. Tighten connections or replace parts as necessary.

### Fuel Tank Cap Gasket

Visually inspect for cracks, deterioration and damage and replace if necessary.

### Nuts and Bolts on Chassis and Body

Re-tighten the seat-mounting bolts and front/rear suspension member retaining bolts to specified torque.

### Radiator and Condenser

Inspect for debris, corrosion and signs of damage. Have any problem repaired immediately by a qualified technician.

### Spark Plugs

Replace at specified intervals. Install new plugs of the same type as originally equipped. A qualified technician should perform this operation.

### Steering Gear Box

Inspect for signs of leakage. If you discover any leakage, have it repaired immediately by a qualified technician.

MAINTENANCE

### Steering Linkage and Boots

With the vehicle stopped, check for excessive freeplay in the steering wheel. Inspect the linkage for bending and damage and the dust boots for deterioration, cracks and damage. Replace any damaged parts. A qualified technician should perform these operations.

### Tire Rotation

Tires should be rotated according to the instructions in the *Owner's Manual.* When rotating tires, check for damage and uneven wear. Replace if necessary.

### Vacuum Pump (Vane Type) For Brake Booster

Replace at specified intervals. A qualified technician should perform this operation.

### Wiper Blades

The wiper blades should not show any signs of cracking, splitting, wear, contamination or deformation. The wiper blades should clear the windshield without streaking or skipping.

**Vehicle Identification**

Model _____

In-service date _____

Selling dealership _____

Key number _____

Body style _____

Mileage at delivery _____

Selling dealership phone number _____

Vehicle Identification Number _____

MAINTENANCE

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

MAINTENANCE

**Notes**

MAINTENANCE

**Notes**

MAINTENANCE

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**MAINTENANCE**

**Notes**

_Maintenance Log_   **63**

**Notes**

MAINTENANCE