Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Anastasia K. Mazzella (SBN 305886)
am@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

*Counsel for Plaintiffs and the Putative Classes*

Amir Nassihi (SBN 235936)
anassihi@shb.com
Samantha Burnett (SBN 320262)
sburnett@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission St., Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER GRAMMER; DOUGLAS POWELL; BOBBY YORK; ALBERT HEBER; JOSEPH LESKO and KIM LESKO; PENNY PORTER; JAMES DONOGHUE; LESLIE COCHRANE; and HEIDI BROWDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendant. | Case No. 8:16-cv-1525-CJC-JCG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Jennifer Grammer, Douglas Powell, Bobby York, Albert Heber, Joseph Lesko and Kim Lesko,

Penny Porter, James Donoghue, Leslie Cochrane, and Heidi Browder (together the "Plaintiffs") and Defendant Toyota Motor Sales, U.S.A., Inc., through their respective counsel, that all claims asserted in this Action are hereby dismissed with prejudice as to all individual claims of Plaintiffs and without costs.

Dated: August 3, 2022

Respectfully submitted,

KABATECK LLP

By: /s/ Brian S. Kabateck
Brian S. Kabateck
Anastasia K. Mazzella
Jerusalem F. Beligan

Counsel for Plaintiffs
JENNIFER GRAMMER, DOUGLAS POWELL, BOBBY YORK, ALBERT HEBER, JOSEPH LESKO, KIM LESKO, PENNY PORTER, JAMES DONOGHUE, LESLIE COCHRANE, AND HEIDI BROWDER

Dated: August 3, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Amir M. Nassihi
Amir M. Nassihi
Samantha Burnett

Attorneys for Defendant
TOYOTA MOTOR SALES U.S.A., INC.