# JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER GRAMMER; DOUGLAS POWELL; BOBBY YORK; ALBERT HEBER; JOSEPH LESKO and KIM LESKO; PENNY PORTER; JAMES DONOGHUE; LESLIE COCHRANE; and HEIDI BROWDER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendant. | Case No. 8:16-cv-1525-CJC-JCG <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of dismissal between Plaintiffs Jennifer Grammer, Douglas Powell, Bobby York, Albert Heber, Joseph Lesko and Kim Lesko, Penny Porter, James Donoghue, Leslie Cochrane, and Heidi Browder (together the "Plaintiffs") and Defendant Toyota Motor Sales, U.S.A., Inc., through their respective

counsel, it is hereby ordered that all claims asserted in this Action are hereby dismissed with prejudice as to all individual claims of Plaintiffs and without costs.

**SO ORDERED:**

Dated: August 5, 2022

Hon. Cormac J. Carney
U.S. District Court Judge